UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
JONATHAN ODOM,

                        Plaintiff,

           -against-                        06 Civ. 15527 (LAK) (GWG)

ANA E. CALERO,

                        Defendants.
------------------------------------------x

## SUGGESTION OF DEATH

LEWIS A. KAPLAN, *District Judge.*

       The Court is informed that plaintiff has died. Assuming *arguendo* that his claim survives, the action will be dismissed unless a motion to substitute his successor or representative is filed no later than 90 days after the date hereof. Fed. R. Civ. P. 25(a).

       SO ORDERED.

Dated:      March 31, 2010

                                                           Lewis A. Kaplan
                                                   United States District Judge

Copies mailed 3/31/10
Chambers of Judge Kaplan

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 3/31/10